# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| INTELLIGENT WATER SOLUTIONS, LLC §<br>§<br>Plaintiff §<br>§<br>vs. §<br>§<br>KOHLER CO., §<br>§<br>Defendant. § | Case No. 2:16-cv-00689-JRG |

## Joint Claim Construction and Prehearing Statement

Plaintiff Intelligent Water Solutions, LLC and defendant Kohler Co. jointly file this Claim Construction and Prehearing Statement pursuant to the Docket Control Order (Dkt. 29) and Local Patent Rule 4-3, and in support state:

### A.   Agreed Claim Terms and Constructions

Pursuant to Local Patent Rule 4-3(a), the chart below sets out the claim terms and constructions on which the parties agree:

| Claim Term | Agreed Construction |
|---|---|
| "flow rate"<br>(Claims 1, 26) | "volume of fluid passing per unit time" |
| "volume"<br>(Claim 1, 26) | "amount of fluid dispensed or delivered" |

**Terms Governed by 35 U.S.C. § 112(6):**

| Claim Term | Agreed Construction |
|---|---|
| "user display means for displaying one or more system functions or parameters"<br>(Claims 1, 26) | <u>Function</u>: Displaying one or more system functions or parameters<br><u>Structure</u>: visual readout; visual display; LCD |

| | |
|---|---|
| | display; graphic display, audio display, tactile display |

### B. Disputed Claim Terms and Constructions

Pursuant to Local Patent Rule 4-3(b), the parties have provided the disputed claims for the patent-in-suit in Exhibit A, filed herewith, with citations to supporting intrinsic and extrinsic evidence. Both parties reserve the right to cite to additional supporting intrinsic and extrinsic evidence developed in the course of claim construction discovery as claim construction discovery is on-going.

### C. Time for Claim Construction Hearing

Pursuant to Local Patent Rule 4-3(c), the parties anticipate that they will need three hours to conduct the claim construction hearing and agree to divide that time equally.

### D. Witnesses at Claim Construction Hearing

Pursuant to P. R. 4-3(d), the parties do not intend to call any expert witnesses at the claim construction hearing. The parties reserve the right to call or introduce testimony obtained from the inventors of the patent-in-suit.

### E. Other Issues

Pursuant to Local Patent Rule 4-3(e), Defendant advises the Court that it has a pending motion to dismiss for lack of venue that turns on the Supreme Court's pending decision *In re TC Heartland*. (*See* Dkt. 44.)

- 3 -

Dated: March 15, 2017

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton (00790215)
 ema@emafirm.com
Shawn A. Latchford (24066603)
 sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Jay D. Ellwanger (24036522)
 jellwanger@dpelaw.com
Daniel L. Schmid
 dschmid@dpelaw.com
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

*Attorneys for Plaintiff Intelligent Water Solutions, LLC.*


/s/Rachel N. Bach
Arthur Gollwitzer III  (24073336)
  agollwitzer@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
2801 Via Fortuna, Suite 300
Austin, TX 78746
Telephone:  512-640-3161

Rachel N. Bach (pro hac vice)
rnbach@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Telephone:  414-271-6560

*Attorneys for Defendant Kohler Co.*

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of March 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by an email transmission and/or first class mail.

_____
Eric M. Albritton