# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLIGENT WATER SOLUTIONS, LLC | § § | |
| Plaintiff | § § | |
| vs. | § § | Case No. 2:16-cv-00689-JRG |
| KOHLER CO., | § § | |
| Defendant. | § § | |

## JOINT CLAIM CONSTRUCTION CHART STATEMENT

Pursuant to P.R. 4-5(d) and the Court's Second Amended Docket Control Order (Dkt. 54), Plaintiff Intelligent Water Solutions, LLC and Defendant Kohler Co., the Parties in the above captioned case, submit this Joint Claim Construction Chart Statement for the above-captioned case. Attached as Exhibit A is the chart of terms in dispute relating to U.S. Patent No. 6,286,764 (the "'764 patent"). Attached as Exhibit B is the chart of terms with agreed constructions from the '764 patent.

Dated: May 10, 2017

Respectfully submitted,

/s/ Eric M. Albritton

Eric M. Albritton (00790215)
 ema@emafirm.com
Shawn A. Latchford (24066603)
 sal@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Jay D. Ellwanger (24036522)
 jellwanger@dpelaw.com
Daniel L. Schmid
 dschmid@dpelaw.com
**DINOVO PRICE ELLWANGER LLP**
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

*Attorneys for Plaintiff*
*Intelligent Water Solutions, LLC.*

*/s/  Arthur Gollwitzer III (with permission)*
Arthur Gollwitzer III  (24073336)
agollwitzer@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
2801 Via Fortuna, Suite 300
Austin, TX 78746
Telephone:  512-640-3161

Rachel N. Bach (pro hac vice)
rnbach@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Telephone:  414-271-6560

*Attorneys for Defendant*
*Kohler Co.*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of May 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by an email transmission and/or first class mail.

_____
Eric M. Albritton